E. DANIEL LOTENSCHTEIN #4091
Attorney At Law, A Law Corporation
1233 Linden Road
Harlan, Iowa 51537
Telephone: (808) 521-9868
Facsimile: (808) 531-6448
lotenschtein@aol.com

Attorney for Plaintiff
DANIEL C. MIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL C. MIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; JOHN DOE 1; JOHN DOES 2-10; JANE DOES 1-10; DOE GOVERNMENT AGENCIES 1-10; DOE ENTITIES 1-10,<br><br>　　　　Defendants | CIVIL NO.<br>(Motor Vehicle Tort)<br><br>COMPLAINT; JURY DEMAND; SUMMONS |

### COMPLAINT

COMES NOW Plaintiff DANIEL C. MIN ("Plaintiff") through his undersigned counsel, and for his COMPLAINT against Defendants UNITED STATES POSTAL SERVICE; JOHN DOE "1"; JOHN DOES 2-10; JANE DOES 1-10; DOE GOVERNMENT AGENCIES 1-10; DOE ENTITIES 1-10 alleges and avers as follows:

#### PARTIES, JURISDICTION AND VENUE

1. For all times relevant herein, Plaintiff was a resident of the City and County of Honolulu, State of Hawaii.

2. For all times relevant herein, Defendant UNITED STATES POSTAL SERVICE ("USPS") was a Federal Government Agency, per 39 U.S.C. §101, et seq.

3. For all times relevant herein, Defendant JOHN DOE 1 was an employee of USPS, driving one of their trucks.

4. Defendants JOHN DOES 2-10; JANE DOES 1-10; DOE GOVERNMENT AGENCIES 1-10; DOE ENTITIES 1-10, are sued herein under fictitious names for the reason that their true names and identities are presently unknown to Plaintiff except that they are connected in some manner presently unknown to Plaintiff, and Plaintiff prays for leave to certify their true names, identities, capacities, activities and/or responsibilities when the same are ascertained.

5. The amount in controversy exceeds $75,000.

6. Plaintiff bring this action against the Defendants for personal injuries sustained when a truck owned by Defendant USPS and operated by Defendant JOHN DOE 1, struck Plaintiff.

7. Plaintiff's claim is an exception to the Federal Tort Claims Act under 28 U.S.C. §2680(a).

8. USPS Tort Claims Investigations - Honolulu District received Plaintiff's completed Standard Form 95 by Certified Mail on November 23, 2015, and again on May 2, 2016.

9. USPS has not responded to, or otherwise acknowledged or denied Plaintiff's claims.

10. This Court has original jurisdiction pursuant to 28 U.S.C. §1346.

11. Venue lies in this Court pursuant to 28 U.S.C. §1391(e)(1).

## FIRST CAUSE OF ACTION
(Negligence)

12. On or about May 5, 2014, at approximately noon, Plaintiff was on a break from his job, and was standing outside, when a USPS truck operated by JOHN DOE 1 backed up and struck Plaintiff.

13. After striking Plaintiff, JOHN DOE 1 drove the USPS truck away from the scene of the accident.

14. Plaintiff suffered physical, mental, and emotional injuries which have affected his day to day activities, and which required, and will continue to require, medical care, incurring medical expenses.

15. Plaintiff suffered wage loss because of the injuries sustained.

WHEREFORE Plaintiff prays that Judgment be entered against Defendants Jointly and Severally, as follows:

1. For Plaintiff's past, present and future pain and suffering.
2. For Plaintiff's past, present and future medical expenses.
3. For Plaintiff's past, present and future wage loss.
4. For Plaintiff's attorney's fees and costs.
5. For such other compensation as the Court deems just.

DATED: Harlan, Iowa _____January 23, 2020_____

/s/ E. Daniel Lotenschtein

_____
E. Daniel Lotenschtein
Attorney for Plaintiff
DANIEL C. MIN

3

E. DANIEL LOTENSCHTEIN #4091
Attorney At Law, A Law Corporation
1233 Linden Road
Harlan, Iowa 51537
Telephone: (808) 521-9868
Facsimile: (808) 531-6448
lotenschtein@aol.com

Attorney for Plaintiff
DANIEL C. MIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL C. MIN, | ) CIVIL NO. |
| | ) (Motor Vehicle Tort) |
| Plaintiff, | ) |
| | ) JURY DEMAND |
| vs. | ) |
| | ) |
| UNITED STATES POSTAL SERVICE; JOHN DOE 1; JOHN DOES 2-10; JANE DOES 1-10; DOE GOVERNMENT AGENCIES 1-10; DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants | ) |

## JURY DEMAND

Plaintiff DANIEL C. MIN, through his undersigned counsel, demands trial by jury on all claims made herein.

DATED: Harlan, Iowa ___ January 23, 2020 ___

/s/ E. Daniel Lotenschtein

E. Daniel Lotenschtein
Attorney for Plaintiff
DANIEL C. MIN

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii  ☑

| | | |
|---|---|---|
| DANIEL C. MIN | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. |
| UNITED STATES POSTAL SERVICE; JOHN DOE 1; JOHN DOES 2-10; JANE DOES 1-10; DOE GOVERNMENT AGENCIES 1-10; DOE ENTITIES 1-10 | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES POSTAL SERVICE
c/o GENERAL COUNSEL
UNITED STATES POSTAL SERVICE
475 L' ENFANT PLZ SW
WASHINGTON DC 20260-1100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
E. DANIEL LOTENSCHTEIN
1233 Linden Road
Harlan, Iowa 51537
(808) 521-9868

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                  *Signature of Clerk or Deputy Clerk*